■ AMERICAN AIRLINES, INC., Petitioner, v STATE HUMAN RIGHTS APPEAL BOARD et al., Respondents.—On remittitur from the Court of Appeals, order of the State Division of Human Rights, dated April 22, 1974, unanimously confirmed in full, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Kupferman, Lupiano, Lane and Markewich, JJ.

■ In the Matter of FRESH MEADOWS ASSOCIATES, Appellant-Respondent, v NEW YORK CITY CONCILIATION AND APPEALS BOARD, Respondent-Appellant. —Judgment, Supreme Court, New York County, entered on December 2, 1977, unanimously affirmed on the opinion of Ascione, J., without costs and without disbursements. Concur—Lupiano, J. P., Birns, Fein, Sandler and Sullivan, JJ. [92 Misc 2d 519.]

■ In the Matter of COLUMBIA PROPERTIES, Appellant-Respondent, v CONCILIATION AND APPEALS BOARD OF THE CITY OF NEW YORK, Respondent-Appellant.—Judgment, Supreme Court, New York County, entered on December 2, 1977, unanimously affirmed on the opinion of Ascione, J., without costs and without disbursements. Concur—Lupiano, J. P., Birns, Fein, Sandler and Sullivan, JJ.

■ In the Matter of ANONYMOUS, Appellant, v ROBERT M. MORGENTHAU, as District Attorney of New York County, et al., Respondents.— Appeal from judgment, Supreme Court, New York County, entered on April 19, 1978, unanimously dismissed, without costs and without disbursements, on the ground that the proceeding is abated by reason of appellant's death. No opinion. Concur—Kupferman, J. P., Silverman, Evans, Lane and Markewich, JJ.

■ JEWEL SERVICE ASSOCIATES, Appellant, v CITY OF NEW YORK, Respondent.—Judgment, Supreme Court, New York County, Entered on December 20, 1977, unanimously affirmed for the reasons stated by Kirschenbaum, J., at Trial Term, without costs and without disbursements. Concur— Kupferman, J. P., Lupiano, Fein, Lane and Sandler, JJ.

■ In the Matter of MAGDALENA FRIEDMAN, Appellant, v NEW YORK CITY CONCILIATION AND APPEALS BOARD et al., Respondents.—Judgment, Supreme Court, New York County, entered on February 15, 1978, unanimously affirmed for the reasons stated by Hughes, J. Respondents shall recover of appellants one bill of $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Fein, Lane and Sandler, JJ.

■ PETROBRAS COMERCIO INTERNACIONAL S. A., INTERBRAS, Respondent, v INTERSHOE INCORPORATED, Appellant.—Order, Supreme Court, New York County, entered on February 24, 1978, unanimously affirmed, without costs and without disbursements. Defendant is directed to serve its answer within 10 days after service, by plaintiff upon defendant, of a copy of this order, with notice of entry. No opinion. Concur—Kupferman, J. P., Lupiano, Fein, Lane and Sandler, JJ.